530

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Carro, J. P., Bloom, Fein, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD MACALUSO, Appellant.

No opinion. Concur — Kupferman, J. P., Sullivan, Asch, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ARTHUR BRANDT, Respondent.

Concur — Kupferman, J. P., Sullivan, Asch, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLEN SPRINGER, Appellant.

Concur — Kupferman, J. P., Sullivan, Asch, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELVIN OTERO, Appellant.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Sullivan, Asch, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH WILLIAMS, Appellant.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree

with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Sullivan, Asch, Kassal and Ellerin, JJ.

(April 16, 1985)

In the Matter of WINDSOR PLAZA Co., Appellant, v SYLVIA DEUTSCH et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents.

In 1973, Windsor Plaza received an alteration permit to change the windows on the first through sixth floors of its residential building at 925 Fifth Avenue, but the work was not completed due to access problems. This was amended in November 1979, with Windsor seeking to add eight more floors to the building. On June 30, 1980 Windsor amended the 1979 application with a superseding amendment seeking to add 12 floors instead of eight. Shortly thereafter the Buildings Department denied the amendment to add more floors, which also served to revoke the permit to alter the windows, the Department claiming that the application had been erroneously approved. This is permissible under Administrative Code of City of New York § C26-118.7. Windsor sought reconsideration by the Buildings Department but failed to appeal to the BSA, even though this appeal existed of right.

On May 19, 1981, the Landmarks Preservation Commission (LPC) designated the Upper East Side Historic District, which included Windsor Plaza. In July 1981 Windsor filed two new applications with the Buildings Department. One was for the installation of replacement windows, the other was to add 15 stories to the building.